# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CREATIVE PLANNING, LLC  
f/k/a CREATIVE PLANNING, INC.,

    Plaintiff,

v.    Case No. 2:20-cv-02184

STEPHEN A. GRECO,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Creative Planning, LLC f/k/a Creative Planning, Inc., hereby voluntarily dismisses this action, *without prejudice*.

SPENCER FANE LLP

*/s/ Melissa Hoag Sherman*
Melissa Hoag Sherman, KS# 20278
6201 College Boulevard, Suite 500
Overland Park, KS 66211
(913) 345-8100
(913) 345-0736 (Facsimile)
msherman@spencerfane.com

Leslie A. Greathouse, KS #18656
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (Facsimile)
*lgreathouse@spencerfane.com*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed with the Court and served on all counsel and parties of record via the Court's electronic filing system on this 11th day of June 2020.

                                           */s/ Melissa Hoag Sherman*
                                            Melissa Hoag Sherman